CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Case Number 08-0187 (TFH) |
| | ) | |
| ANTHONY J. LOFRUMENTO | ) | Category J |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>May 29, 2008</u> from <u>Unassigned</u> to <u>Judge Thomas F. Hogan</u> by direction of the Calendar Committee.

(Case directly reassigned to Judge Hogan.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Hogan</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk